E-FILED
Thursday 15 June, 2006  11:48:50 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

RE: _____USA_____ v _____Morris_____

Case # _____01-30101_____

Received _____Government's_____ (Plaintiff/Defendant) exhibits from the Clerk, U.S. District Court for the Central District of Illinois, Springfield Division, this 15th day of June 2006.

Received by: s/Diane L. Meadows