CD/IL PROB12C
(Rev. 12/04)

# United States District Court

## for

## CENTRAL DISTRICT OF ILLINOIS

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Darryl Morris<br>1216 Ptarmigan<br>Chatham, IL 62629 | **CASE NUMBER:** 01-30101-001 |

**SENTENCING JUDICIAL OFFICER:**   Jeanne E. Scott
                                   U.S. District Judge

**ORIGINAL SENTENCE DATE:**   April 11, 2003

**ORIGINAL OFFENSE:**   Felon in Possession of a Firearm

**ORIGINAL SENTENCE:**   57 months imprisonment to be followed by 3 years supervised release with the following special conditions: 1) No alcohol or controlled substances, unless prescribed by a physician. Participate in substance abuse treatment including testing. 2) Participate in psychiatric services or mental health counseling/treatment as directed and take any and all medications as prescribed. 3) Must be employed or in a job training program as directed. 4) Weekly community service after 60 days lay-off or unemployment. 5) No firearm, ammunition or other dangerous weapon.

**TYPE OF SUPERVISION:**   Supervised Release

**DATE SUPERVISION COMMENCED:**   September 1, 2006

**ASSISTANT U.S. ATTORNEY:**   Gregory Gilmore

**DEFENSE ATTORNEY:**   Jon Noll (Retained)

---

**PETITIONING THE COURT**

[x]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1. | **LAW VIOLATION:   POSSESSION OF CONTROLLED SUBSTANCE (COCAINE)** |

    MANDATORY CONDITION:  While on supervised release, the offender shall not commit another federal, state, or local crime.  The offender shall not illegally possess a controlled substance.

    On **July 23, 2007**, the offender provided a urine specimen at the Triangle Center, Springfield, Illinois, which tested positive for cocaine, as determined by Kroll Laboratory Specialists, Gretna, Louisiana.  On August 6, 2007, the offender admitted to Supervising U.S. Probation Officer Stuart Kamrath that he used cocaine.

2.    **LAW VIOLATION:   POSSESSION OF CONTROLLED SUBSTANCE (METHAMPHETAMINE)**

    MANDATORY CONDITION:  While on supervised release, the offender shall not commit another federal, state, or local crime.  The offender shall not illegally possess a controlled substance.

    A.    On **July 23, 2007**, the offender provided a urine specimen at the Triangle Center, Springfield, Illinois, which tested positive for methamphetamine, as determined by Kroll Laboratory Specialists, Gretna, Louisiana.  On August 6, 2007, the offender admitted to Supervising U.S. Probation Officer Stuart Kamrath that he used methamphetamine.

    B.    On **August 7, 2007**, the offender provided a urine specimen at the Triangle Center, Springfield, Illinois, which tested positive for methamphetamine, as determined by Kroll Laboratory Specialists, Gretna, Louisiana.

3.    **LAW VIOLATION:   POSSESSION OF CONTROLLED SUBSTANCE (MARIJUANA)**

    MANDATORY CONDITION:  While on supervised release, the offender shall not commit another federal, state or local crime.  The offender shall not illegally possess a controlled substance.

    A.    On **April 5, 2007**, the offender provided a urine specimen at the Triangle Center, Springfield, Illinois, which tested positive for marijuana, as determined by Kroll Laboratory Specialists, Gretna, Louisiana.  On April 10, 2007, the offender signed an admission form stating he used marijuana as indicated.

    B.    On May 2, 2007, during a substance abuse assessment at the Triangle Center, Springfield, Illinois, the offender admitted to Jim Cisne of the Triangle Center, Springfield, Illinois, that he used marijuana on **April 24, 2007.**

    C.    On **July 16, 2007**, the offender provided a urine specimen at the Triangle Center, Springfield, Illinois, which tested positive for marijuana, as determined by Kroll Laboratory Specialists, Gretna, Louisiana.

    D.    On **July 23, 2007**, the offender provided a urine specimen at the Triangle Center, Springfield, Illinois, which tested positive for marijuana, as determined by Kroll Laboratory Specialists, Gretna, Louisiana. On August 6, 2007, the offender admitted to Supervising U.S. Probation Officer Stuart Kamrath that he used marijuana.

    E.    On **August 7, 2007**, the offender provided a urine specimen at the Triangle Center, Springfield, Illinois, which tested positive for marijuana, as determined by Kroll Laboratory Specialists, Gretna, Louisiana.

4. <u>FAILURE TO OBTAIN PERMISSION TO ASSOCIATE WITH A PERSON CONVICTED OF A FELONY</u>

    STANDARD CONDITION NO. 9: The offender shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

    A.    On **June 10, 2007**, the offender associated with Patricia Logsdon, a convicted felon, without permission.

    B.    On **June 12, 2007**, the offender associated with Patricia Logsdon, a convicted felon, without permission.

5. <u>FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT AS DIRECTED</u>

    SPECIAL CONDITION NO. 1: The offender shall refrain from any use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. He shall, at the direction of the Probation Office, participate in a program of substance abuse treatment including testing to determine whether he has used controlled substances and/or alcohol. He shall pay for these services as directed by the probation officer.

    A.    On **May 16, 2007**, the offender failed to attend a required individual counseling session at the Triangle Center, Springfield, Illinois, as directed.

    B.    On **June 5, 2007**, the offender failed to attend a required individual counseling session at the Triangle Center, Springfield, Illinois, as directed.

    C.    On **August 29, 2007**, the offender failed to attend a required individual counseling session at the Triangle Center, Springfield, Illinois, as directed. On **August 30, 2007**, the offender was unsuccessfully discharged from the Triangle Center, Springfield, Illinois.

6. <u>FAILURE TO PROVIDE RANDOM URINE TESTS AS DIRECTED</u>

    SPECIAL CONDITION NO. 1: The offender shall refrain from any use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. He shall, at the direction of the Probation Office, participate in a program of

        substance abuse treatment including testing to determine whether he has used controlled substances and/or alcohol. He shall pay for these services as directed by the probation officer.

    **A.**    On **February 9, 2007**, the offender failed to provide a random urine test at the Triangle Center, Springfield, Illinois, as directed.

    B.    On **August 1, 2007**, the offender failed to provide a random urine test at the Triangle Center, Springfield, Illinois, as directed.

    C.    On **September 4, 2007**, the offender failed to provide a random urine test at the Triangle Center, Springfield, Illinois, as directed.

**U.S. Probation Officer Recommendation:**

    **[x]**    The term of supervision should be
        **[x]**    revoked
        [ ]    extended for  years, for a total term of  years.

    [ ]    The conditions of supervision should be modified as follows:

        I declare under penalty of perjury that the foregoing is true and correct.

        s/Lynea T. Turner
        U.S. Probation Officer
        Date: September 26, 2007

---

**THE COURT ORDERS:**

[ ]    No action

**[X]**    The issuance of a warrant

[ ]    The issuance of a summons

[ ]    Other:

        s/ Jeanne E. Scott
        JEANNE E. SCOTT
        UNITED STATES DISTRICT JUDGE

        Date:  September 25, 2007