E-FILED
Monday, 01 October, 2007   04:14:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 01-30101 |
| ) | |
| DARRYL MORRIS, ) | |
| ) | |
| Defendant. ) | |

## DETENTION ORDER

BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

On September 28, 2007, the Defendant was in custody on a Petition for Offender Under Supervision. The Defendant was represented by court appointed counsel, DOUGLAS BEEVERS. The Government requested detention. After listening to proffers from each side and argument, the Court finds pursuant to Rule 46(c) that the Defendant has failed to carry his burden to show that he is not a danger to the community. Defendant DARRYL MORRIS is ordered detained.

WHEREFORE, the Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons

awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.

ENTER:    September 28, 2007

                              s/Byron G. Cudmore
                              BYRON G. CUDMORE
                UNITED STATES MAGISTRATE JUDGE