# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | **FILED** |
| vs | ) | OCT 17 2007 |
| | ) | JOHN M. WATERS, Clerk |
| DARRYL MORRIS | ) | U.S. DISTRICT COURT |
| 1216 Ptarmigan | ) | CENTRAL DISTRICT OF ILLINOIS |
| Chatham, IL  62629 | ) | CASE NO. 01-30101-001 |
| Defendant | ) | |

TO:  THE U. S. MARSHAL and any
     AUTHORIZED UNITED STATES OFFICER

*(U.S. MARSHALS SERVICE CENTRAL ILLINOIS — RECEIVED 2007 SEP 26 P 4 00)*

YOU ARE HEREBY COMMANDED to arrest Darryl Morris, and bring him or her forthwith to the nearest magistrate judge to answer a Petition charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606.

s/ John M. Waters

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

s/John M. Waters
_____
Signature of Issuing Officer

September 26, 2007 at Springfield, Illinois
_____
Date and Location

**Bail fixed at $ <u>No Bail/Bond</u> by US District Judge Jeanne E. Scott.**

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at  *Chatham*

| Date Received 09/26/07 | Name of Arresting Officer  *Chatham Police Dept.* | Signature of Arresting Officer |
| Date of Arrest 09/28/07 | Title of Arresting Officer | *[signature]* |