AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
**V.**
DARRYL MORRIS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 01-30101-001
USM Number: 12794-026

Douglas J. Beevers
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) MC, 9, SC of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of Controlled Substance (Cocaine) | 7/23/2007 |
| 2A | Possession of Controlled Substance (Methamphetamine) | 7/23/2007 |
| 2B | Possession of Controlled Substance (Methamphetamine) | 8/7/2007 |
| 3A | Possession of Controlled Substance (Marijuana) | 4/5/2007 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 3258
Defendant's Date of Birth: 1976

10/29/2007
Date of Imposition of Judgment

s/Jeanne E. Scott
Signature of Judge

Defendant's Residence Address:
1216 Ptarmigan, Chatham, IL 62629

JEANNE E. SCOTT,     US District Judge
Name of Judge                Title of Judge

10/31/2007
Date

Defendant's Mailing Address:
Same as above.

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: DARRYL MORRIS
CASE NUMBER: 01-30101-001

Judgment—Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3B | Possession of Controlled Substance (Marijuana) | 4/24/2007 |
| 3C | Possession of Controlled Substance (Marijuana) | 7/16/2007 |
| 3D | Possession of Controlled Substance (Marijuana) | 7/23/2007 |
| 3E | Possession of Controlled Substance (Marijuana) | 8/7/2007 |
| 5A | Failure to Participate in Substance Abuse Treatment as Directed | 5/16/2007 |
| 5B | Failure to Participate in Substance Abuse Treatment as Directed | 6/5/2007 |
| 5C | Failure to Participate in Substance Abuse Treatment as Directed | 8/29/2007 |
| 6A | Failure to Provide Random Urine Tests as Directed | 2/9/2007 |
| 6B | Failure to Provide Random Urine Tests as Directed | 8/1/2007 |
| 6C | Failure to Provide Random Urine Tests as Directed | 9/4/2007 |

3:01-cr-30101-JES  # 71  Page 2 of 5

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: DARRYL MORRIS
CASE NUMBER: 01-30101-001

Judgment—Page 2 of 5

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

|   |   |
|---|---|
| DEFENDANT: DARRYL MORRIS | Judgment — Page 3 of 5 |
| CASE NUMBER: 01-30101-001 |   |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 Months and 1 day

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 3 — Supervised Release

Judgment—Page __4__ of __5__

DEFENDANT: DARRYL MORRIS
CASE NUMBER: 01-30101-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**1 year**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from ☐ excessive ☒ any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
          Sheet 3C — Supervised Release

DEFENDANT: DARRYL MORRIS
CASE NUMBER: 01-30101-001

Judgment—Page  5  of  5

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.  He shall, at the direction of the Probation Office, participate in a program for substance abuse treatment including testing to determine whether he has used controlled substances and/or alcohol.  He shall pay for these services as directed by the probation officer.

2. The defendant shall participate in psychiatric services and/or a program of mental health counseling/treatment as directed by the probation officer and shall take any and all prescribed medications as directed by the treatment providers. The defendant shall pay for these services as directed by the probation officer.

3. The defendant is to be employed or in job training or employment counseling as directed by the probation officer.

4. If the defendant is unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, he shall perform at least 20 hours of community service work per week at the direction of and in the discretion of the U. S. Probation Office until gainfully employed.

5. The defendant shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.